Below is an order of the court.

_Teresa H. Pearson_
TERESA H. PEARSON
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 318-32015-THP13 |
|    SURESH D DOSS | ) | |
|    AVITHA G DOSS | ) | Order Amending Plan |
| | ) | Dated 07-30-20 |
|    Debtor(s) | ) | |
| | ) | |

Wayne Godare, Chapter 13 Trustee ("Trustee"), and Debtors agree that a provision should be added to Debtors' plan dated 07-30-20. Formal notice of this plan modification is not required, as there is no negative impact on any creditor. The Court being fully advised, now, therefore,

IT IS ORDERED that Debtors' plan dated 07-30-20 is amended as follows:

/ / /

/ / /

/ / /

/ / /

1 – Order Amending Plan Dated 07-30-20

1. Insert the following as ¶19: Debtor(s) must make all payments which are due under the current Chapter 13 Plan, for the six month period beginning January 2022 or the Court shall dismiss this Case upon the filing, by the Chapter 13 Trustee, of a Statement of Failure to Comply reciting to the court that Debtor(s) failed to make the required Plan payment(s). If Debtor(s) are on a wage order, the Trustee will give Debtor(s) and Debtor(s') counsel 10 day's notice prior to filing the Statement of Failure to Comply. During this period, the debtor(s) personally are to pay the required plan payments to the Chapter 13 Trustee for any month where any employer, required to so pay, fails to do so.

###

PRESENTED BY:

/s/ Jordan Hantman
Jordan Hantman, OSB #060715
Attorney for Wayne Godare, Chapter 13 Trustee

I certify that I have received confirmation, in writing, that Debtor(s), by and through counsel, have no objection to the form and content of this order and agree to its filing with the Court.

/s/ Hung Ng
for Wayne Godare, Chapter 13 Trustee

cc: Debtors
    Debtors' attorney